STATE of Wisconsin EX REL. Michael J. THORSON,
Petitioner-Appellant-Petitioner,

v.

David H. SCHWARZ, Administrator, Division of
Hearing & Appeals, Respondent-Respondent.

Supreme Court

*No. 02–3380. Decided October 29, 2004.*

2004 WI 133

(Also reported in 688 N.W.2d 654.)

¶ 1. PER CURIAM.   The motion for reconsideration is denied.

¶ 2.   LOUIS B. BUTLER, JR., J., did not participate.